# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141996 & (36)

In re PEOPLE v LARRY KING.
_____

ERIC L. VANDUSSEN,
           Appellant.

SC: 141996
COA: 294682
Shiawassee CC: 09-008600-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 14, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

*Corbin R. Davis*

Clerk

d1103